UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Thelma Chandler, et al

V.

City Transport of New Jersey, et al

2003 OCT 16 A 10:55

US DISTRICT COURT
HARTFORD CT

Case Number:   3:00cv1877(AVC)

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>10/15/03</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on November 14, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, October 16, 2003.

                                          KEVIN F. ROWE, CLERK

                                          By: _____/s/_____
                                                 Jo-Ann Walker
                                                 Deputy Clerk