FILED

OCT 15 P 2: 24

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THELMA CHANDLER, ET AL.                              :    :CIVIL ACTION NO.
                                                     :    3:00CV1877(AVC)
                                                     :
                          Plaintiffs,                :
V.                                                   :
                                                     :
                                                     :
CITY TRANSPORT OF NEW                                :
JERSEY, INC.                                         :
                                                     :
                          Defendant.                 :
                                                     :    OCTOBER 15, 2003

### MOTION FOR EXTENSION

1.      The defendant, City Transport of New Jersey, Inc., hereby moves for an extension of time to engage in further activity regarding this file and, in support thereof, sets forth the following.

2.      On October 15, 2003, the undersigned attorney discussed this motion with the office of plaintiffs' attorney. The office of plaintiffs' attorney advised that they have no objection to and join in this motion.

3.      Presently, the parties are required to submit a trial memorandum no later than October 15, 2003.

4.      On September 23, 2003, the parties entered into an agreement to settle the above referenced matter. A September 23, 2003 facsimile cover sheet, signed by the

plaintiffs' attorney and attached hereto as Exhibit A, memorializes the settlement agreement.

5.     Attached hereto as Exhibit B is a letter of October 3, 2003 from the undersigned attorney to plaintiffs' attorney setting forth that the undersigned is in possession of the settlement drafts and is prepared to forward the same to plaintiffs' attorney upon receipt of appropriate releases and an appropriate withdrawal.

6.     Defense counsel has yet to receive the releases and withdrawal as aforesaid. However, on October 14, 2003 the office of plaintiffs' attorney advised that presently releases are being sent to referring New York counsel with the expectation that the same will be executed and returned to plaintiffs' attorney in the near future

7.     Based upon the foregoing, the defendant respectfully requests a thirty (30) day extension of time to engage in further activity on this file so as to provide time for the filing of a withdrawal.

THE DEFENDANT
CITY TRANSPORT OF NEW
JERSEY, INC.

By _____
Robert B. McLaughlin
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone: (860) 571-7999
Federal Bar No. Ct19595

## CERTIFICATION

I hereby certify that a copy of the above was mailed on October 15, 2003, to all counsel and *pro se* parties of record:

Howard A. Lawrence, Esq.
Justin J. Maffeo, Esq.
Law Offices of Howard A. Lawrence
One Trumbull Street
New Haven, CT 06511

Robert B. McLaughlin

3

# LAW OFFICES OF HOWARD A. LAWRENCE
## ATTORNEYS & COUNSELORS AT LAW

ONE TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511
(203) 772-1470 Phone
(203) 789-1986 Fax

HOWARD A. LAWRENCE                                          Barbara E. Pope
----------                                                  Legal Assistant/
JUSTIN J. MAFFEO                                            Administrator

## FAX COVER SHEET

**TO:**   Robert B. McLaughlin            **DATE**   September 23, 2003

**FAX#**      1-860-571-7979

**FROM:**     Howard A. Lawrence, Esq.

**RE:**       Chandler vs. City Transport

Number of pages including cover sheet   1

**Message:**

      This confirms our telephone agreement to settle the above case on the following terms:

| | |
|---|---|
| Jeffrey Chandler to receive .................. | $ 50,000.00 |
| Velma Davis to receive....................... | 25,000.00 |

I will send you releases and a withdrawl.

**The firm tax ID # is 06-1410292**

Thanks,

Howard A. Lawrence, Esq.

Confidentiality Notice: The document(s) accompanying this transmission may contain information from our office which is confidential and/or privileged and is intended for receipt by the addressee named above only. Any further distribution, without the express written consent of the originator, is prohibited. Should you receive this information in error, kindly inform the sender by telephone and destroy the documents erroneously received. Thank you.

EXHIBIT B

# D'ATTELO & SHIELDS

(NOT A PARTNERSHIP – EMPLOYEES OF ZURICH NORTH AMERICA)

Attorneys at Law

500 Enterprise Drive, Suite 4B

Rocky Hill, Connecticut 06067

TEL. 860-571-7999

FAX. 860-571-7979

ANNE MARIE D'ATTELO◆*
JAMES F. SHIELDS
JOSEPH A. LA BELLA
ROBERT B. McLAUGHLIN
LAUREEN J. VITALE ◆
MICHAEL A. BURTON
BRIAN L. SMITH
LESLIE GOLD McPADDEN**?
SEAN C. DONOHUE
LOUIS A. ANNECCHINO**?

JENNIFER M. WITHERELL
LAURA A. PITCHARD
JACQUELINE REYES
LINDA M. DAIGLE
PARALEGALS

---

** Also admitted in MA
 ? Also admitted in NY
◆* Also admitted in RI
 ◆ Also admitted in VT

October 3, 2003

**SENT VIA FACSIMILE AND REGULAR MAIL**
Howard A. Lawrence, Esq.
Law Offices of Howard A. Lawrence
One Trumbull Street
New Haven, CT 06511

Re:    *Jeffrey Chandler, et al. v. City Transport of New Jersey*

Dear Attorney Lawrence:

Please be advised that my principal has forwarded two settlement drafts. One is made payable to "Jeffrey Chandler and his attorney, Howard A. Lawrence" in the amount of $50,000.00. The other is made payable to "Velma Davis and her attorney, Howard A. Lawrence" in the amount of $25,000.00. I am holding these drafts in escrow pending receipt of appropriate releases and a withdrawal of action. As soon as I receive the releases and withdrawal, I will send the drafts to your attention. Please contact me with questions or comments.

Very truly yours,

Robert B. McLaughlin

RBM/s