33

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THELMA CHANDLER, ET AL. | : | :CIVIL ACTION NO. |
| | : | 3:00CV1877(AVC) |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| CITY TRANSPORT OF NEW | : | |
| JERSEY, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | OCTOBER 15, 2003 |

## MOTION FOR EXTENSION

1. The defendant, City Transport of New Jersey, Inc., hereby moves for an extension of time to engage in further activity regarding this file and, in support thereof, sets forth the following.

2. On October 15, 2003, the undersigned attorney discussed this motion with the office of plaintiffs' attorney. The office of plaintiffs' attorney advised that they have no objection to and join in this motion.

3. Presently, the parties are required to submit a trial memorandum no later than October 15, 2003.

4. On September 23, 2003, the parties entered into an agreement to settle the above referenced matter. A September 23, 2003 facsimile cover sheet, signed by the

October 20, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J