UNITED STATES DISRRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THELMA CHANDLER, ET AL | : CIVIL ACTION NO. |
| Plaintiffs, | : 3:00CV1877(AVC) |
| V. | : |
| CITY TRANSPORT OF NEW JERSEY, INC. | : |
| Defendant | : OCTOBER 20, 2003 |

## WITHDRAWAL OF ACTION

1. The plaintiffs, Jeffrey Chandler and Velma Davis, hereby request the withdrawal of their action without costs to any party.

THE PLAINTIFFS

By: _____
Howard A. Lawrence, Esq.
1 Trumbull Street
New Haven, CT 06511
Telephone (203)-772-1470

## CERTIFCATION

I hereby certify that a copy of the above was mailed on October 20, 2003, to all counsel and pro se parties of record:

Robert B. McLaughlin, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

_____
Howard A. Lawrence, Esq.