

## UNITED STATES DISRRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THELMA CHANDLER, ET AL | : | CIVIL ACTION NO. |
| | : | 3:00CV1877(AVC) |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| CITY TRANSPORT OF NEW | : | |
| JERSEY, INC. | : | |
| | : | |
| Defendant | : | OCTOBER 20, 2003 |

### WITHDRAWAL OF ACTION

1. The plaintiffs, Jeffrey Chandler and Velma Davis, hereby request the withdrawal of their action without costs to any party.

THE PLAINTIFFS

By: _____
Howard A. Lawrence, Esq.
1 Trumbull Street
New Haven, CT 06511
Telephone (203)-772-1470

### CERTIFCATION

I hereby certify that a copy of the above was mailed on October 20, 2003, to all counsel and pro se parties of record:

Robert B. McLaughlin, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

_____
Howard A. Lawrence, Esq.

October 30, 2003.  SO ORDERED.
Alfred V. Covello, U.S.D.J.